IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Paul Kontowsky and Rebekah Kontowsky, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | C/A No.: 7:15-cv-04875-MGL |
| ) | |
| D.R. Horton, Inc., D.R. Horton-Regent, ) | |
| LLC, and Regent Homes, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the Consent Motion brought by Plaintiffs in concert with Defendants D.R. Horton, Inc., and D.R. Horton-Regent, LLC,[1] seeking the referral of this action to binding arbitration pursuant to South Carolina Uniform Arbitration Act, S.C. Code Ann. § 15-48-10, *et seq.*, ("the SCUAA") and the terms of the a Purchase Agreement entered into between Defendant D.R. Horton, Inc., and Plaintiffs dated December 16, 2014 ("the Agreement").

The above captioned action is so referred to binding arbitration. And, pursuant to the SCUAA, this matter is **STAYED** pending the completion of the arbitration, with this Court retaining jurisdiction for the purposes set forth within the SCUAA.

**Further, until instructed otherwise, commencing one month from today's date, on or before the twenty-first day of every other month, the parties shall file with the Court a Joint Status Report keeping the Court apprised of the progress of the case, including relevant dates, since the previous Joint Status Report.**

IT IS SO ORDERED.

Signed this 21st day of April, 2016, in Columbia, South Carolina.

s/Mary Geiger Lewis_____
Mary Geiger Lewis
United States District Judge

---

[1] Defendant Regent Homes, Inc., has not filed an appearance.